**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RECO PRIANTO,

                Plaintiffs,

      v.

HERITAGE PACIFIC FINANCIAL, LLC, et al.,

                Defendants.

NO. C13-3461 TEH

ORDER TO SHOW CAUSE
RE: VENUE

Plaintiffs allege that venue is proper in this district because "[t]he events described in this complaint took place within this district and each of the defendants transaction [sic] business in this district."  Compl. ¶ 32.  However, Plaintiff Reco Prianto "is a resident of Stockton, California," *id.* ¶ 27, which is in the Eastern District of California, and there are no allegations that the Defendants' alleged misconduct occurred in this district.

Accordingly, with good cause appearing, IT IS HEREBY ORDERED that the parties shall show cause as to why venue is proper in this district by filing written responses on or before **September 23, 2013**.  If the parties agree that this case should be transferred to a different district, then they may instead file a stipulation and proposed order on or before the same date.

**IT IS SO ORDERED.**

Dated:   09/11/13

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT