IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RECO PRIANTO,

                Plaintiffs,

v.

HERITAGE PACIFIC FINANCIAL, LLC, et al.,

                Defendants.

NO. C13-3461 TEH

ORDER TO FILE AMENDED COMPLAINT

On September 11, 2013, the Court ordered the parties to show cause as to why venue is proper in this district since the complaint alleged that Plaintiff Reco Prianto "is a resident of Stockton, California," *id.* ¶ 27, which is in the Eastern District of California. Plaintiff's counsel filed a declaration in response stating that this allegation was a "drafting error," and that Plaintiff has resided in Oakland, California, since April 2011, which would include the time of the events giving rise to this action. Anderson Decl. ¶¶ 2-4. IT IS HEREBY ORDERED that Plaintiff shall file an amended complaint on or before **September 30, 2013**, correcting this and all other "drafting errors" in the complaint.

**IT IS SO ORDERED.**

Dated: 09/23/13

                              THELTON E. HENDERSON, JUDGE
                              UNITED STATES DISTRICT COURT