1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4

5    RECO PRIANTO,

6                         Plaintiffs,                    NO. C13-3461 TEH

7          v.                                            ORDER TO FILE AMENDED
                                                         COMPLAINT
8    HERITAGE PACIFIC FINANCIAL,
     LLC, et al.,
9
                         Defendants.
10

11

12          On September 11, 2013, the Court ordered the parties to show cause as to why venue

13   is proper in this district since the complaint alleged that Plaintiff Reco Prianto "is a resident

14   of Stockton, California," *id.* ¶ 27, which is in the Eastern District of California.  Plaintiff's

15   counsel filed a declaration in response stating that this allegation was a "drafting error," and

16   that Plaintiff has resided in Oakland, California, since April 2011, which would include the

17   time of the events giving rise to this action.  Anderson Decl. ¶¶ 2-4.  IT IS HEREBY

18   ORDERED that Plaintiff shall file an amended complaint on or before **September 30, 2013**,

19   correcting this and all other "drafting errors" in the complaint.

20

21   **IT IS SO ORDERED.**

22

23   Dated:   09/23/13

24   THELTON E. HENDERSON, JUDGE
     UNITED STATES DISTRICT COURT

25

26

27

28