Mark F. Anderson (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
235 Montgomery Street, Suite 914
San Francisco, California 94104
Telephone: (415) 651-1951
Fax: (415) 500-8300
Email: mark@aoblawyers.com

Attorneys for Plaintiff Reco Prianto

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RECO PRIANTO,<br><br>  Plaintiff,<br><br>  v.<br><br>HERITAGE PACIFIC FINANCIAL, LLC and EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>  Defendants. | Case No. 13-3461 TEH<br><br>STIPULATION FOR DISMISSAL OF DEFENDANT HERITAGE PACIFIC FINANCIAL, LLC and ~~(proposed)~~ ORDER |

IT IS HEREBY STIPULATED by and between counsel for plaintiff Reco Prianto and counsel for defendant Heritage Pacific Financial, LLC ("Heritage Pacific") that Heritage Pacific may be dismissed with prejudice from this action with each side to bear their own costs and fees.

Date: January 23, 2014

/s/ *Mark F. Anderson*
Mark F. Anderson, SBN 44787
Anderson, Ogilvie & Brewer LLP
235 Montgomery Street
San Francisco, CA 94104
Ste 914
Phone: 415.651.1951
Fax: 415.500.8300
mark@aoblawyers.com

Counsel for Plaintiff

**STIP & ORDER FOR DISMISSAL OF HERITAGE PACIFIC – PRIANTO V HERITAGE PACIFIC, NO. 13-3461 TEH**

| | |
|---|---|
| Dated: January 23, 2014 | */s/ Brad A Mokri*<br>Brad A. Mokri (SBN 208213)<br>Law Offices of Brad A. Mokri<br>1851 E. First Street, Suite 900<br>Santa Ana, CA CA 92705<br>Phone: 714.619.9395<br>Fax: 714.619.9396<br>amirmokri1@yahoo.com<br><br>Counsel for Defendant Heritage Pacific Financial, LLC |

## ORDER

Pursuant to the parties' stipulation and for good cause shown, defendant Heritage Pacific Financial, LLC is hereby dismissed from this action with each side to bear its own costs and fees.

Dated: 01/23/2014

_____
Judge, United States District Court

[Seal: Judge Thelton E. Henderson, United States District Court, Northern District of California]

**STIP & ORDER FOR DISMISSAL OF HERITAGE PACIFIC – PRIANTO V HERITAGE PACIFIC, NO. 13-3461 TEH**