**UNITED STATES DISTRICT COURT**
For the Northern District of California

1
2
3
4
5
6
7                          UNITED STATES  DISTRICT COURT

8                          Northern District of California

9                           San Francisco Division

10

11   RECO PRIANTO,                                    No. C 13-3461 TEH

              Plaintiff,

12                                                    **ORDER RE: ATTENDANCE AT**
        v.                                            **MEDIATION**
13
     HERITAGE PACIFIC FINANCIAL, LLC, et
14   al.,                                             Date:        February 6, 2014
                                                      Mediator:    Kent Jonas
15            Defendants.
                                                  /
16

17

18        IT IS HEREBY ORDERED that the request to excuse defendant Experian Information

19   Solutions, Inc.'s corporate representative, Abril Turner, from appearing in person at the February 6,

20   2014, mediation before Kent Jonas is GRANTED.  Ms. Turner shall be available at all times to

21   participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

22        IT IS SO ORDERED.

23

24   January 28, 2014                    By:

25   Dated                                             Maria-Elena James
                                                       United States Magistrate Judge
26

27

28