| | |
|---|---|
| 1 | Mark F. Anderson (SBN 44787) |
| 2 | ANDERSON, OGILVIE & BREWER LLP<br>235 Montgomery Street, Suite 914 |
| 3 | San Francisco, California 94104<br>Telephone: (415) 651-1951 |
| 4 | Fax: (415) 500-8300<br>Email: mark@aoblawyers.com |

Attorneys for Plaintiff Reco Prianto

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RECO PRIANTO,

    Plaintiff,

    v.

HERITAGE PACIFIC FINANCIAL, LLC and
EXPERIAN INFORMATION SOLUTIONS, INC.

    Defendants.

Case No. 13-3461 TEH

(~~proposed~~) ORDER EXTENDING DEADLINES FOR PRETRIAL PREPARATION

**IT IS SO ORDERED AS MODIFIED**

    Based on the parties' stipulation and for good cause shown, it is hereby ordered that the dates for pretrial preparation in this action be continued as follows:

Non-expert discovery cut-off: 10/10/2014

Last day to file dispositive motions: 11/7/2014

Last day to hear dispositive motions: 12/15/2014

Pretrial Conference: ~~1/12/2015~~ 02/02/2015

Trial: 2/17/2015.

//

//

//

**ORDER EXTENDING DEADLINES – PRIANTO V HERITAGE PACIFIC FIN, NO. 13-3461 TEH**

1   All other aspects of the Court's Order for Pretrial Preparation filed November 18, 2013,
2   shall remain in effect.
3   Date: June  11 , 2014



_____
Judge of the United States District Court

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER EXTENDING DEADLINES – PRIANTO V HERITAGE PACIFIC FIN, NO. 13-3461 TEH**