

FILED

NOV 01 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RECO PRIANTO, | No. 14-16456 |
| Plaintiff-Appellant, | D.C. No. 3:13-cv-03461-TEH<br>Northern District of California,<br>San Francisco |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ORDER |
| Defendant-Appellee. | |

Before: GRABER and TALLMAN, Circuit Judges, and RAKOFF,[*] District Judge.

Pursuant to the stipulation of the parties (Docket Entry No. 51), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

---

[*] The Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, sitting by designation.